PHILLIP A. TALBERT
United States Attorney
JUSTIN J. GILIO
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:19-CR-00171-JLT-SKO |
| Plaintiff, | FINAL ORDER OF FORFEITURE |
| v. | |
| DAVID MORENO FLOREZ, and MARINO CRUZ DIAZ, | |
| Defendants. | |

WHEREAS, on May 5, 2022, the Court entered a Preliminary Order of Forfeiture, forfeiting to the United States all right, title, and interest of defendant David Moreno Florez in the following property:

    a. A black AR-15 style rifle and all ammunition.

AND WHEREAS, on or about June 14, 2022, the Court entered a Preliminary Order of Forfeiture, forfeiting to the United States all right, title, and interest of defendant Marino Cruz Diaz in the above-listed property;

AND WHEREAS, beginning on May 12, 2022, and again on July 8, 2022, for at least thirty (30) consecutive days, the United States published notice of the Court's Orders of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within 60 days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in

1 the forfeiture property;

2     AND WHEREAS, the Court has been advised that no third party has filed a claim to the
3 subject property and the time for any person or entity to file a claim has expired.

4     Accordingly, it is hereby ORDERED and ADJUDGED:

5     1.    A Final Order of Forfeiture shall be entered, forfeiting to the United States of
6 America all right, title, and interest in the above-listed property, pursuant to 18 U.S.C. §
7 924(d)(1), 21 U.S.C. § 853(a), and 28 U.S.C. § 2461(c), to be disposed of according to law,
8 including all right, title, and interest of David Moreno Florez and Marino Cruz Diaz.

9     2.    All right, title, and interest in the above-listed property shall vest solely in the
10 name of the United States of America.

11     3.    The United States shall maintain custody of and control over the subject property
12 until it is disposed of according to law.

13

14 IT IS SO ORDERED.

15     Dated:   **October 11, 2022**

                                                          UNITED STATES DISTRICT JUDGE