Daniel L. Harralson, #109322
Law Office of Daniel L. Harralson
Post Office Box 26688
Fresno, California 93729-6688
Telephone: (559) 486-4560
Facsimile: (559) 486-4320
harralsonlaw@sbcglobal.net

Attorney for Defendant: Marino Cruze-Diaz

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br><br>MARINO CRUZ DIAZ<br><br>    Defendant. | Case No. 1:19-CR-00171-JLT-SKO<br><br>**MOTION TO TERMINATE CJA APPOINTMENT OF DANIEL L. HARRALSON AS ATTORNEY OF RECORD AND; ORDER** |

On August 5, 2019, Defendant, **MARINO CRUZ DIAZ** was indicted on Federal charges. CJA Panel Attorney Daniel L. Harralson, was appointed as trial counsel to represent Mr. Cruze Diaz on August 6, 2019, in his criminal case. Mr. Cruz Diaz pled guilty to count 1 of the Indictment, Manufacturing 1,000 and more of Marijuana Plants a Class A Felony. The time for filing a direct Appeal was September 6, 2022, no direct appeal was filed as Mr. Cruz Diaz waived his appeal rights. Mr. Cruz Diaz was in

1  custody at the time of Sentencing and the trial phase of Mr. Cruz Diaz criminal case has, therefore, come to
2  an end.  Having completed his representation of **MARINO CRUZ DIAZ**, CJA Attorney,
3  **Daniel L. Harralson** now moves to terminate his appointment under the Criminal Justice Act.
4  Should **Defendant, MARINO CRUZ DIAZ**, require further legal assistance he has been advised to
5  contact the Office of the Federal Defender for the Eastern District of California by mail at
6  2300 Tulare Street, Suite 330, Fresno, CA 93721, or by phone at (559) 487-5561 (collect) or (855) 656-
7  4360 (toll-free), which, if appropriate, will arrange for the re-appointment of counsel to assist him.

Dated: December 12, 2023                                     Respectfully submitted,

                                                      /s/ Daniel L. Harralson
                                                      **DANIEL L. HARRALSON**, Attorney for
                                                      Defendant **MARINO CRUZ DIAZ**

------------------------------

### ORDER

Having reviewed the notice and found that attorney Daniel L. Harralson has completed the services for which he was appointed, the Court hereby grants attorney Harralson's request for leave to withdraw as defense counsel in this matter.  Should Defendant seek further legal assistance, Defendant is advised to contact the Office of the Federal Defender for the Eastern District of California at 2300 Tulare Street, Suite 330, Fresno, CA 93721.  The phone number for the office is (559) 487-5561 (collect) or (855) 656-4360 (toll-free).  If appropriate, the office will arrange for the reappointment of counsel to assist Defendant. The Clerk of Court is directed to serve a copy of this order on Defendant Marino Cruz Diaz, at the following address and to update the docket to reflect Defendant's pro se status and contact information.

Marino Cruz Diaz 78358-097
McKean FCI
6975 Route 59
Lewis Run, PA 16738

IT IS SO ORDERED.

Dated:   **July 3, 2024**                                           /s/ Jennifer L. Thurston
                                                                                UNITED STATES DISTRICT JUDGE